1  JAMES DORE (SBN 343860)
   **JUSTICIA LABORAL LLC**
2  6232 N. Pulaski Rd, Suite 300
   Chicago, IL 60646
3  Telephone: (773) 415-4898
   Email: jdore@justicialaboral.com
4
5  *Attorneys for* Plaintiff

6  ALAN S. VERTUN (SBN 73022)
   **ALAN S VERTUN APLC**
7  Beverly Hills Law Building
   424 S. Beverly Drive,
8  Beverly Hills, CA 90212
9  Telephone: (310) 553-8533
   Email: avertun@hotmail.com
10
11
   *Attorney for* Defendant
12

13              **UNITED STATES DISTRICT COURT**

14              **NORTHERN DISTRICT OF CALIFORNIA**

15

| Yargelina Beatriz Rodezno Selaya, individually and on behalf of Themselves and all other similarly situated persons, known and unknown,; | Case No.: 24-CV-6408 |
|---|---|
| Plaintiff, | **ORDER FOR VOLUNTARY DISMISSAL** |
| v. | |
| Accurate Courier NCA, LLC, | Complaint Filed:   9/11/2024 |
| Defendant. | |

**ORDER FOR VOLUNTARY DISMISSAL**

# ORDER OF VOLUNTARY DISMISSAL

This matter before the Court on the Parties' Notice of Voluntary Dismissal, the Court being advised, IT IS HEREBY ORDERED:

1. The Plaintiff's individual claims are dismissed with prejudice

2. The Plaintiff's class claims are dismissed without prejudice.

3. Each Party is to bear their own costs and attorneys fees.

4. This case is terminated.

EDWARD J. DAVILA
United States District Judge